■ ROBERT S. JENSEN et al., Respondents, v OAK POINT ASSETS, LLC, Appellant. (And a Third-Party Action.) [742 NYS2d 821] —Order, Supreme Court, New York County (Louis York, J.), entered November 29, 2001, which, inter alia, denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Contrary to defendant's argument, General Obligations Law § 11-106 is applicable here and permits plaintiff's assertion of this type of common-law negligence claim once barred under

the "firefighter's rule." In addition, in view of material factual questions as to whether the statutory and code violations alleged against defendant were reasonably or practically connected to plaintiff's harm, the motion court properly denied defendant's motion for summary judgment dismissing plaintiff's claim pursuant to General Municipal Law § 205-e (*see, Lusenskas v Axelrod,* 183 AD2d 244, 247-248, *appeal dismissed* 81 NY2d 300). Concur—Nardelli, J.P., Sullivan, Ellerin, Lerner and Rubin, JJ.